# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| ECC International, LLC | )    ASBCA No. 60284 |
| | ) |
| Under Contract No. W912ER-10-C-0054 | ) |

APPEARANCES FOR THE APPELLANT:     R. Dale Holmes, Esq.
Michael H. Payne, Esq.
  Cohen Seglias Pallas Greenhall & Furman PC
  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Sarah L. Hinkle, Esq.
Kathryn G. Morris, Esq.
Geoffrey A. Mueller, Esq.
Matthew S. Tilghman, Esq.
James A. Wallace, Esq.
  Engineer Trial Attorneys

## ORDER OF DISMISSAL

Appellant moves to dismiss the appeal with prejudice. The government does not oppose. Accordingly, this appeal is dismissed from the Board's docket with prejudice.

Dated: February 24, 2020

TIMOTHY P. McILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60284, Appeal of ECC International, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals